# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | In Proceedings |
| ) | Under Chapter 13 |
| Steven R. Siefert, ) | |
| Amy S. Siefert, ) | Case No. 16-40743 |
| ) | |
| Debtors. ) | Honorable Judge Grandy |

## CERTIFICATE OF SERVICE

Attached is a courtesy copy for your records of the order which was entered in the case herein.

The undersigned attorney certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on November 29, 2016 to the following parties:

To: Russell C Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226; and

Bradley P Olson, Law Office of Bradley P Olson, 101 E DeYoung, Marion, IL 62959.

The order was further served by depositing a printed copy into the US Mail with postage prepaid at the mail chute located at 120 S. LaSalle, Chicago, IL 60603 at or before 5:00 pm on November 29, 2016, at the address listed on the creditor matrix, upon the following parties:

To: Steven R. Siefert and Amy S. Siefert, 17715 Garrett Rd, Johnston City, IL 62951.

/s/ Jennifer M. Rinn
Jennifer M. Rinn

*This notice and attached document(s) is an attempt to collect a debt any information obtained will be used for that purpose.

# UNITED STATES BANKRUPTCY COURT
## IN THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Steven R. Siefert, | ) | |
| Amy S. Siefert, | ) | Case No. 16-40743 |
| | ) | |
| Debtors. | ) | Honorable Judge Grandy |

### **AGREED ORDER**

This matter comes before the Court on the Motion to Excuse Fifth Third Bank from Filing a Notice of Payment Change Pursuant to 3002.1(b). The Trustee and Debtors have no objection.

This Court, being fully advised, GRANTS the Motion. IT IS ORDERED:

1. Fifth Third Bank is excused from the requirement to file a 3002.1(b) notice of payment change for each change in the monthly payment amount unless the monthly payment change is a result of a change in the interest rate of the loan. In the event of an interest rate change on the HELOC, Fifth Third Bank shall file and serve a notice of payment change pursuant to FRBP 3002.1(b).

2. Fifth Third Bank shall timely submit a statement in accordance with applicable non-bankruptcy law on a monthly basis to the debtors and the Chapter 13 Trustee that clearly identifies the payment amount due on the HELOC. To the extent the Trustee is the disbursing agent for this loan, the Trustee shall not modify the amount(s) to be paid to Fifth Third Bank unless such amount is filed as a notice of payment change.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

_/s/ Tiffany M. Cornejo_
Attorney for Trustee

_/s/ Bradley P. Olson_
Attorney for Debtor

_/s/ Jennifer M. Rinn_
Attorney for Creditor

ENTERED: November 29, 2016

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/6